Case 4:25-cv-00868   Document 11   Filed on 04/29/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | |
| RHODIUM ENCORE LLC, et al., | | |
| Debtors. | | |
| ———————————————— | § § § § § § § § § § § § | |
| WHINSTONE US INC., | | No. 4:25-CV-00868 |
| Appellant, | | |
| vs. | | |
| RHODIUM ENCORE LLC, et al., | | |
| Appellees. | | |

## Order of Dismissal

Pursuant to Federal Rule of Bankruptcy Procedure 8023, and upon the agreement of dismissal filed by all parties, this appeal is dismissed, with each party to bear its own costs and fees and to pay such court fees as each has incurred.

Signed this ___29th___ day of ___April,_____ 2025.

_____
United States District Clerk